Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**APR 2 1 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION**

MDL No. 1935

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d__ (J.P.M.L. 2008).  With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION**

MDL No. 1935

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC 2  08-295        Marcy Linder v. The Hershey Co., et al.
CAC 2  08-319        Molly Wagman v. The Hershey Co., et al.
CAC 2  08-620        Eugenia Miceli v. The Hershey Co., et al.
CAC 2  08-908        Jones Vend & OCS Distributing, Inc. v. Nestle USA, Inc., et al.
CAC 2  08-1022       C.W. Brower, Inc. v. Nestle USA, Inc., et al.
CAC 2  08-1079       Russell Traub v. Cadbury Adams Canada, Inc., et al.
CAC 2  08-1338       Craig Stephenson v. The Hershey Co., et al.
CAC 2  08-1341       Kevin Tierney v. The Hershey Co., et al.
CAC 2  08-1859       Treat America Ltd. v. Nestle USA, Inc., et al.

**CALIFORNIA NORTHERN**
CAN 3  08-543        John Candido v. The Hershey Co., et al.
CAN 3  08-674        Lisa Blackwell v. The Hershey Co., et al.

**MICHIGAN EASTERN**
MIE 2  08-10400      Edward S. Hesano v. The Hershey Co., et al.

**NEW JERSEY**
NJ  2  08-257        D Controls, Inc. v. The Hershey Co., et al.
NJ  2  08-258        Setih E. Ellis, P.A. v. The Hershey Co., et al.
NJ  2  08-259        Marc Lavin, et al. v. The Hershey Co., et al.
NJ  2  08-272        Jonathan Benjamin v. The Hershey Co., et al.
NJ  2  08-274        Daphne Matelene v. The Hershey Co., et al.
NJ  2  08-348        Daniel Klein v. The Hershey Co., et al.
NJ  2  08-499        Ellen Widom v. The Hershey Co., et al.
NJ  2  08-502        Adrianne Shienvold v. The Hershey Co., et al.
NJ  2  08-631        Ben Lee Distributors, Inc. v. The Hershey Co., et al.
NJ  2  08-634        Julia Isenhower v. The Hershey Co., et al.
NJ  2  08-706        Isabelle Dikland v. The Hershey Co., et al.
NJ  2  08-845        Thomas Rode v. The Hershey Co., et al.
NJ  2  08-869        Royal Enterprises Corp. v. The Hershey Co., et al.
NJ  2  08-941        Weaver Nut Co. v. The Hershey Co., et al.
NJ  2  08-1003       Autry Greer & Sons, Inc., et al. v. The Hershey Co., et al.
NJ  2  08-1537       Cindy Elan-Mangano v. The Hershey Co., et al.

**MDL No. 1935 - Schedule CTO-1 Tag Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

NEW YORK SOUTHERN
NYS 1  08-910          NMJ Consultant Group, Inc. v. Cadbury Adams Canada, Inc., et al.
NYS 1  08-1205         Canteen Vending Co. v. Cadbury Adams Canada, Inc., et al.
~~NYS 1  08-1548~~     ~~The Candy Jar, Inc. v. Nestle Suisse S.A., et al.~~  Vacated 5/1/08
NYS 1  08-1570         VME Distributors, Inc. v. Cadbury Adams Canada, Inc., et al.
NYS 1  08-1960         Card & Party Mart II Ltd. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA EASTERN
PAE 2  08-368          Canteen Co. of Utica-Rome, Inc. v. The Hershey Co., et al.
PAE 2  08-376          Donald Webster v. The Hershey Co., et al.
PAE 2  08-772          Brookshire Brothers, Ltd. v. The Hershey Co., et al.
PAE 2  08-810          Paula Wolner v. The Hershey Co., et al.
PAE 2  08-942          Pitco Foods v. Cadbury Adams Canada, Inc., et al.
PAE 2  08-1136         The Kroger Co., et al. v. Cadbury Schweppes PLC, et al.
PAE 2  08-1155         Meijer, Inc., et al. v. The Hershey Co., et al.
PAE 2  08-1182         Publix Super Markets, Inc. v. Cadbury Schweppes PLC, et al.
PAE 2  08-1223         Affiliated Foods, Inc. v. The Hershey Co., et al.
PAE 2  08-1365         CVS Pharmacy, Inc., et al. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA WESTERN
PAW 2  08-414          Giant Eagle, Inc. v. The Hershey Co., et al.

TENNESSEE EASTERN
~~TNE 2  08-51~~       ~~Cyrus T.G., Inc., et al. v. The Hershey Co., et al.~~  Opposed 5/6/08

TEXAS EASTERN
TXE 6  08-21           Lori Ann Hongach v. The Hershey Co., et al.
TXE 6  08-90           Esther Naomi Lieberman v. The Hershey Co., et al.

WISCONSIN EASTERN
WIE 2  08-131          Debra L. Damaske, et al. v. The Hershey Co., et al.